UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
ACHTE/NEUNTE BOLL KINO           :
BETEILIGUNGS GMBH & CO KG,       :
                                 :
     Plaintiff,                  :
                                 :
V.                               :   NO. 3:10MC0134 (RNC)
                                 :
MAGALY BERNARD,                  :
                                 :
     Defendant.                  :
```

REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

| | |
|---|---|
| _____ | For all pretrial matters excluding trial, unless the parties consent to trial before the magistrate judge; |
| _____ | To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b); |
| _____ | To supervise discovery and resolve discovery disputes; |
| _____ | To conduct an early settlement conference; |
| _____ | To conduct a prefiling conference; |
| _____ | A hearing on damages and attorney fees; |
| __X__ | A ruling on the following pending motion(s): |

Motion to Quash [1]

So ordered.

Dated at Hartford, Connecticut this 17th day of September 2010.

/s/ Robert N. Chatigny
Robert N. Chatigny, U.S.D.J.